PROB 12B
(7/93)

Report Date: February 22, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 22 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Timothy W. Hicks          Case Number: 2:06CR00023-001-LRS

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: 4/16/2007          Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)          Date Supervision Commenced: 3/27/2011

Original Sentence: Prison - 63 Months; TSR - 36 Months          Date Supervision Expires: 3/26/2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Hicks is scheduled to release from Bureau of Prisons (BOP) custody on March 27, 2011. At this time he has no approved release plan in the community to submit for consideration. The above modification would afford Mr. Hicks the opportunity to transition back to the community without the stress of looking for housing.

Mr. Hicks has willingly signed the attached waiver of hearing in the presence of his case manager, Marcos Martinez, after being informed of his right to a hearing and the right to assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 22, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Case 2:06-cr-00023-LRS   Document 105   Filed 02/22/11

Prob 12B
**Re: Hicks, Timothy W.**
**February 22, 2011**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*/s/ Rosanna Malouf Peterson*
Signature of Judicial Officer

Feb. 22, 2011
Date