FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 09 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

BRANCH OFFICES

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave. Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

May 6, 2011

REPLY TO  Spokane

The Honorable Lonny R. Suko
U.S. District Court Judge
Eastern District of Washington
Yakima, WA

RE: Hicks, Timothy W.
Docket No.: 2:06CR00023-001
**REQUEST FOR RELEASE FROM
RESIDENTIAL REENTRY CENTER
(RRC) PLACEMENT**

Dear Judge Suko:

Mr. Hicks began his placement at the residential reentry center (RRC) on March 25, 2011. Since that time, he has located an appropriate release address which has been investigated by the undersigned. He has saved enough funds to purchase clothing and other basic necessities, and has had no issues related to non-compliance.

Mr. Hicks has consistently followed all rules and requirements of the RRC facility. He has participated in drug testing since placement at the RRC facility, with no indication of illicit drug use. In addition, he has completed a substance abuse evaluation and a sex offender evaluation. Based on the above factors, it appears Mr. Hicks is no longer in need of transitional services at the RRC. Therefore, the undersigned probation officer respectfully recommends that Mr. Hicks be released from the RRC program with all other conditions of supervised release to remain in effect.

RE: Hicks, Timothy W.
May 6, 2011
Page 2

Should Your Honor require a different course of action, or require a Court appearance by Mr. Hicks, please advise the undersigned officer.

                          Respectfully submitted,

                          Scott M. Morse, Sr.
                          Chief U.S. Probation Officer

                          s/Samuel Najera      05/06/2011
                          Samuel Najera           Date
                          U.S. Probation Officer

APPROVED BY:


s/Gayla S. Hunt      05/06/2011
Gayla S. Hunt           Date
Supervising U.S. Probation Officer

SN/wh


THE COURT ORDERS

[ ]  No Action
[X]  Release from Residential Reentry Center Placement
[ ]  Other

                                                   Signature of Judicial Officer

                                                   5/9/11
                                                   Date